

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00297-CV

**IN THE INTEREST OF J.J.C.B.R., J.E.R., AND J.J.D.R., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01636
Honorable Genie Wright, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is deemed filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

Keith E. Hottle,
Clerk of Court